**Order entered July 19, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00374-CV

### NICOLE HARRIS, Appellant

### V.

### LELAND BROWN AND FOSSIL GROUP, INC., Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00630-2020**

### ORDER

We **REINSTATE** this appeal.

Pending before the Court is appellees' motion to dismiss the appeal for want of jurisdiction. On June 16, 2021, we granted appellant's motion to abate and abated the appeal for thirty days to allow appellant an opportunity to obtain a severance order. To date, appellant has not corresponded further with the Court.

On the Court's own motion, we **ORDER** Collin County District Court Lynne Finely to file, by **July 29, 2021**, a supplemental clerk's record containing the following three documents:

1.　　Plaintiff's Original Petition – filed on February 4, 2020;

2.　　Partial Summary Judgment – signed on April 21, 2021; and

3.　　Notice of Appeal – filed on May 21, 2021.

Appellees' motion to dismiss the appeal will be determined in due course.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Finley and all parties.

/s/　　KEN MOLBERG
　　　　JUSTICE